Case 1:15-cv-13617-FDS   Document 4   Filed 10/22/15   Page 1 of 2

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| C. D., ET AL. <br> *Plaintiff* <br> v. <br> NATICK PUBLIC SCHOOL DISTRICT, ET AL. <br> *Defendant* | Civil Action No.: **1:15−CV−13617−FDS** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   **Reece Erlichman, Director (or designee)**
**Bureau of Special Education Appeals**
**One Congress Street, 11th Floor**
**Boston, MA 02114**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −−− or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −−− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Laurie R. Martucci, Esq.**
**Wagner Law Associates, LLC**
**4 West Street**
**Franklin, MA 02038**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ − **Clarilde M Geraldino−Karasek**
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2015−10−22 13:57:00.0, Clerk USDC DMA

Civil Action No.: **1:15−CV−13617−FDS**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Joanne Frisoli___

was received by me on (date) __10/26/15__.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) __Joanna Frisoli__, who is designated by law to accept service of process on behalf of (name of organization) __Bureau of Special Educations Appeals__ on (date) __10/26/15__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

__10/26/15 @ 10:45 AM__
Date

__Paul H T__
Server's Signature

__Paul H. Terrio Constable / Process Server__
Printed name and title

__57 Rockwood Rd, Norfolk MA 02056__
Server's Address

Additional information regarding attempted service, etc: