UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| C.D., by and through her PARENTS AND NEXT FRIENDS, M.D. and P.D.,<br><br>Plaintiffs,<br><br>v.<br><br>NATICK PUBLIC SCHOOL DISTRICT and BUREAU OF SPECIAL EDUCATION APPEALS,<br><br>Defendants. | Civil Action No. 15-cv-13617-FDS |

## PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)

Pursuant to Local Rule 16.1(d)(3), Plaintiffs, M.D. and P.D., individually and on behalf of C.D. (Parents), by and through their counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - - and various alternative courses - - of this litigation; and

(b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DATED this 1st day of March 2016.

                                                       C.D., by and through her PARENTS AND
                                                       NEXT FRIENDS, M.D. and P.D.

                                                       By their attorney,

                                                       /s/ Laurie R. Martucci
                                                       Laurie R. Martucci, Esq.
                                                       BBO # 561946
                                                       Wagner Law Associates, LLC
                                                       4 West Street
                                                       Franklin, MA 02038
                                                       (508) 528-4007

## **CERTIFICATE OF SERVICE**

    I, Laurie R. Martucci, hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent to those indicated as non-registered participants on March 1, 2016.

                                                                    /s/  Laurie R. Martucci
                                                                    Laurie R. Martucci