## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| C.D., by and through her PARENTS AND NEXT FRIENDS, M.D. and P.D.,<br><br>Plaintiffs,<br><br>v.<br><br>NATICK PUBLIC SCHOOL DISTRICT and BUREAU OF SPECIAL EDUCATION APPEALS,<br><br>Defendants. | Civil Action No. 15-cv-13617-FDS |

### NATICK PUBLIC SCHOOLS'
### LOCAL RULE 16.1(d)(3) CERTIFICATION

The undersigned, Timothy M. Luff, Assistant Superintendent of Student Services of the Natcik Public Schools (Natick) and Natick's authorized representative, and Doris R. MacKenzie Ehrens, counsel for Quincy, certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Signed under the pains and penalties of perjury this 29th day of February, 2016.

Counsel for the Natick Public Schools,

/s/ Doris R. MacKenzie Ehrens
BBO # 544252
MURPHY, HESSE, TOOMEY & LEHANE, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02269-9126
(617) 479-5000

908694v1

Natick Public Schools

_____
Timothy M. Luff
Assistant Superintendent of Student Services

## CERTIFICATE OF SERVICE

I, Doris R. MacKenzie Ehrens, hereby certify that this document filed through the CM/ECF system will be sent electronically to counsel of record for the plaintiff and to counsel of record for Reece Erlichman, Director, Bureau of Special Education Appeals, on this 1st day of March, 2016.

/s/ Doris R. MacKenzie Ehrens
Doris R. MacKenzie Ehrens