UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| C.D., by and through her PARENTS and NEXT FRIENDS, M.D. and P.D. and M.D. and P.D. for themselves,<br>          Plaintiffs,<br><br>   v.<br><br>NATICK PUBLIC SCHOOL DISTRICT, and BUREAU OF SPECIAL EDUCATION APPEALS,<br>          Defendants. | Civ. Action No. 15-13617-FDS |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Pursuant to Local Rule 5.4(G), notice is hereby given that the Administrative Record of the proceedings before the Bureau of Special Education Appeals ("BSEA"), consisting of 8 volumes, has been manually filed with the Court. Copies of the Administrative Record were mailed to all parties on April 20, 2016. Pursuant to this Court's Order dated April 5, 2016, the Administrative Record was filed under seal.

                                                                                      Respectfully submitted,

                                                                                      BUREAU OF SPECIAL EDUCATION APPEALS

                                                                                      By its attorney,

                                                                                      MAURA HEALEY
                                                                                      ATTORNEY GENERAL

                                                                                      /s/ Iraida J. Álvarez
                                                                                      Iraida J. Álvarez, BBO # 647521
                                                                                      Assistant Attorney General
                                                                                      Government Bureau
                                                                                      One Ashburton Place
                                                                                      Boston, Massachusetts  02108
                                                                                       (617) 963-2037

Dated:  April 20, 2016

CERTIFICATE OF SERVICE

      I hereby certify that the above document was filed through the Electronic Case Filing (ECF) system on April 20, 2016, and thus copies will be sent electronically to the registered participants as identified on the Court's Notice of Electronic Filing (NEF); paper copies will be served by first-class mail, postage pre-paid, to those indicated on the NEF as non-registered participants.

                                      /s/ Iraida J. Álvarez
                                      Iraida J. Álvarez