UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____<br>C.D., by and through her PARENTS AND<br>NEXT FRIENDS, M.D. and P.D.<br><br>     Plaintiffs,<br>v.<br><br>NATICK PUBLIC SCHOOL DISTRICT<br>and<br>BUREAU OF SPECIAL EDUCATION<br>APPEALS,<br><br>     Defendants.<br>_____ | Civil Action No. 15-cv-13617-FDS |

**ASSENTED TO MOTION FOR LEAVE TO FILE
OPPOSITION WHICH EXCEEDS TWENTY (20) PAGES**

  Pursuant to Local Rule 7.1(a)(1), the Natick Public Schools' (hereinafter "Natick") moves for leave to file an Opposition to the Plaintiffs' Motion for Summary Judgment which exceeds twenty (20) pages, but will not exceed forty-two (42) pages on the grounds that: (1) the Administrative Record consists of three thousand, two hundred, seventy-one (3,271) pages in eight (8) volumes, including four (4) volumes of transcript.  Additionally, Plaintiffs filed an amended memorandum in support of the motion for summary judgment consisting of forty-three (43) pages and an amended statement of material facts consisting of thirty-seven (37) pages.  Given the size of the record and the length of the Plaintiffs' memorandum of law, Natick requires additional pages to respond.

  Plaintiffs and the Bureau of Special Education Appeals assent to this motion.

DATED at Quincy, Massachusetts, this 17th day of August, 2016.

        NATICK PUBLIC SCHOOLS,

        By its attorney,

        /s/ Doris R. MacKenzie Ehrens
        Doris R. MacKenzie Ehrens,
        BBO #544252
        Murphy, Hesse, Toomey & Lehane, LLP
        300 Crown Colony Drive, Suite 410
        Quincy, Massachusetts 02269-9126
        (617) 479-5000

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that I conferred with counsel for the plaintiffs and the paralegal to counsel for Bureau of Special Education Appeals prior to filing this motion and they assent to this motion.

        /s/ Doris R. MacKenzie Ehrens
        Doris R. MacKenzie Ehrens

## CERTIFICATE OF SERVICE

I, Doris R. MacKenzie Ehrens, hereby certify that on this 17th day of August, 2016, I filed the foregoing document filed through the Electronic Case Filing system and that copies of the foregoing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to non-registered participants by first class mail, postage prepaid.

        /s/ Doris R. MacKenzie Ehrens
        Doris R. MacKenzie Ehrens

943348v1