UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| C.D., by and through her PARENTS and NEXT FRIENDS, M.D. and P.D. and M.D. and P.D. for themselves,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>NATICK PUBLIC SCHOOL DISTRICT, and BUREAU OF SPECIAL EDUCATION APPEALS,<br>　　　　　Defendants. | Civ. Action No. 15-13617-FDS |

**BUREAU OF SPECIAL EDUCATION APPEALS'**
**OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

The Bureau of Special Education Appeals' ("BSEA") joins the Natick Public Schools District's Opposition to Plaintiffs Motion for Summary Judgment and incorporate herein the Natick Public Schools District's Memorandum of Law in Support of its Opposition, as well as the Natick Public Schools District's Statement of Facts Pursuant to Local Rule 56.1.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　BUREAU OF SPECIAL EDUCATION APPEALS,

　　　　　　　　　　　　　　　　　　By its attorney,

　　　　　　　　　　　　　　　　　　MAURA HEALEY
　　　　　　　　　　　　　　　　　　ATTORNEY GENERAL

　　　　　　　　　　　　　　　　　　 /s/ Iraida J. Álvarez
　　　　　　　　　　　　　　　　　　Iraida J. Álvarez, BBO# 647521
　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　Office of the Attorney General
　　　　　　　　　　　　　　　　　One Ashburton Place, 20th Floor
　　　　　　　　　　　　　　　　　Boston, MA 02108-1698
　　　　　　　　　　　　　　　　　(617) 963-2037
　　　　　　　　　　　　　　　　　Iraida.Alvarez@state.ma.us

Dated:  August 19, 2016

**CERTIFICATE OF SERVICE**

      I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF)," and paper copies will be sent to those indicated as non-registered participants on August 19, 2016.

                                                                             /s/ Iraida J. Álvarez_____
                                                                             Iraida J. Álvarez