

# The Commonwealth of Massachusetts
## Office of the Attorney General
One Ashburton Place
Boston, Massachusetts 02108

Maura Healey
Attorney General

TEL: (617) 727-2200
www.mass.gov/ago

February 28, 2017

**BY HAND**

Lisa Pezzarossi
Court Room Clerk
Honorable F. Dennis Saylor IV
U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210

Re: **C.D. by and through her parents and next friends M.D. and P.D. and M.D. and P.D. for themselves v. Natick Public School District, et al.**
    **Civil Action No. 15-13617-FDS**

Dear Ms. Pezzarossi:

Per your request, I am enclosing a DVD of the Administrative Record in the above-referenced matter.

Thank you for your attention to this matter.

Very truly yours,

Iraida J. Álvarez
Assistant Attorney General
Government Bureau
(617) 963-2037

Enclosure

cc:  Laurie Martucci, Esq.
     Doris MacKenzie Ehrens, Esq.