UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| C.D., by and through her PARENTS AND NEXT FRIENDS, M.D. and P.D., <br><br> Plaintiffs, <br><br> v. <br><br> NATICK PUBLIC SCHOOL DISTRICT and BUREAU OF SPECIAL EDUCATION APPEALS, <br><br> Defendants. | Civil Action No. 15-cv-13617-FDS |

### NATICK PUBLIC SCHOOLS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT RENEWED MAY 15, 2017

In opposition to plaintiffs' renewed motion for summary judgment, the Natick Public School District (Natick) incorporates herein by reference its opposition to plaintiffs' original motion for summary judgment filed herein on August 19, 2016 (Document No. 46), as well as its counter statement of material facts pursuant to L.R. 56.1 which was also filed herein on August 19, 2016 (Document No. 47).  The evidence at the hearing was comprehensive and provided more than a sufficient basis to support the Bureau of Special Education Appeals' decision. Plaintiffs' renewed motion for summary judgment should be denied and summary judgment should enter instead for Natick and the Bureau of Special Education Appeals (BSEA), affirming the BSEA's decision.

DATED at Quincy, Massachusetts, this 30th day of May, 2017.

- 2 -

Counsel for Natick Public Schools,

/s/ Doris R. MacKenzie Ehrens
BBO # 544252
Felicia Vasudevan
BBO #687463
MURPHY, HESSE, TOOMEY & LEHANE, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02269-9126
(617) 479-5000

**CERTIFICATE OF SERVICE**

    I, Doris R. MacKenzie Ehrens, hereby certify that this document filed through the CM/ECF system will be sent electronically to counsel of record for the plaintiff and to counsel of record for the Bureau of Special Education Appeals, on this 30th day of May, 2017.

/s/ Doris R. MacKenzie Ehrens
Doris R. MacKenzie Ehrens

995880v1