UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| C.D., by and through her PARENTS and NEXT FRIENDS, M.D. and P.D. and M.D. and P.D. for themselves,<br>      Plaintiffs,<br><br>  v.<br><br>NATICK PUBLIC SCHOOL DISTRICT, and BUREAU OF SPECIAL EDUCATION APPEALS,<br>      Defendants. | Civ. Action No. 15-13617-FDS |

**BUREAU OF SPECIAL EDUCATION APPEALS'
OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
RENEWED MAY 17, 2017**

The Bureau of Special Education Appeals' ("BSEA") joins the Natick Public Schools District's Opposition to Plaintiffs Motion for Summary Judgment Renewed May 15, 2017 and incorporate herein the Natick Public Schools District's Memorandum of Law in Support of its Opposition (Document No. 46), as well as the Natick Public Schools District's Statement of Facts Pursuant to Local Rule 56.1 (Document No. 47).  Plaintiffs' renewed motion for summary judgment should be dined and summary judgment should enter for the BSEA and Natick Public Schools, affirming the BSEA's decision.

        Respectfully submitted,

        BUREAU OF SPECIAL EDUCATION APPEALS,

        By its attorney,

        MAURA HEALEY
        ATTORNEY GENERAL

        /s/ Iraida J. Álvarez
        Iraida J. Álvarez, BBO# 647521
        Assistant Attorney General
        Office of the Attorney General
        One Ashburton Place, 20th Floor
        Boston, MA 02108-1698
        (617) 963-2037
        Iraida.Alvarez@state.ma.us

Dated:  May 30, 2017

**CERTIFICATE OF SERVICE**

      I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF)," and paper copies will be sent to those indicated as non-registered participants on May 30, 2017.

      /s/ Iraida J. Álvarez_____
      Iraida J. Álvarez