UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| C.D., by and through her parents and next friends, M.D. and P.D., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 15-13617-FDS |
| v. | ) ) ) | |
| NATICK PUBLIC SCHOOL DISTRICT and BUREAU OF SPECIAL EDUCATION APPEALS, | ) ) ) ) | |
| Defendants. | ) ) | |

### ORDER ON PLAINTIFFS' MOTION FOR CLARIFICATION

**SAYLOR, J.**

Plaintiffs have moved to clarify the scope of this Court's Memorandum and Order on Plaintiffs' Motion for Summary Judgment dated July 21, 2017. That order denied the plaintiffs' motion for summary judgment but remanded to the Massachusetts Bureau of Special Education ("BSEA") for further consideration as to whether two of the proposed individualized education programs ("IEPs") provided for an education in the least restrictive environment possible.

Plaintiffs' motion for clarification is GRANTED. Because the July 21 order did not dispose of all the plaintiffs' claims, it is not a final judgment for purposes of appeal. *See L.C. v. Utah State Bd. of Educ.*, 62 Fed. Appx. 278, 280 (10th Cir. 2003). Accordingly, further litigation is hereby STAYED pending the BSEA's consideration of the two proposed IEPs, and any appeal of the BSEA's decision to this court.

**So Ordered.**

                                                          /s/  F. Dennis Saylor
                                                          F. Dennis Saylor IV
Dated:  August 30, 2017              United States District Judge