# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| C.D., by and through her PARENTS AND NEXT FRIENDS, M.D. and P.D.,<br><br>Plaintiffs,<br><br>v.<br><br>NATICK PUBLIC SCHOOL DISTRICT and BUREAU OF SPECIAL EDUCATION APPEALS,<br><br>Defendants. | Civil Action No. 15-cv-13617-FDS |

## PLAINTIFFS' NOTICE OF INTENT TO REQUEST REDACTION

Notice is hereby given that a Redaction Request shall be filed electronically with the Court, via CM/ECF, within 21 days from the filing of the transcript. The transcript for proceedings on December 1, 2016 was transcribed by Valerie O'Hara, Official Court Reporter.

DATED this 19th day of September 2017.

Respectfully submitted,

C.D., by and through her PARENTS AND NEXT FRIENDS, M.D. and P.D.

By their attorney,

/s/ Laurie R. Martucci
Laurie R. Martucci, Esq.
BBO # 561946
Martucci Law Associates,
20 Cabot Boulevard, Suite 300
Mansfield, MA 02048
Tel: (508) 964-6664
Fax: 1+ (508) 964-6665
lrm@martucci-law-associates.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent to those indicated as non-registered participants on September 19, 2017.

/s/ Laurie R. Martucci
Laurie R. Martucci, Esq.