### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| C.D., by and through her PARENTS AND NEXT FRIENDS, M.D. and P.D., <br><br> Plaintiffs, <br> v. <br><br> NATICK PUBLIC SCHOOL DISTRICT and <br> BUREAU OF SPECIAL EDUCATION APPEALS, <br><br> Defendants. | Civil Action No. 15-cv-13617-FDS |

### MOTION FOR CORRECTIONS TO ELECTRONIC TRANSCRIPT

**NOW COME** the Plaintiffs, M.D. and P.D., individually and on behalf of C.D. and hereby move this Honorable Court for leave to file a Transcript Correction Request, a copy of which is attached hereto, to request corrections to the electronic transcript filed in the above-referenced matter. The transcript for proceedings on December 1, 2016 was transcribed by Valerie A. O'Hara, Official Court Reporter.

As reasons therefore, Counsel states that upon review of the transcript, it was determined that the transcript contains some typographical errors and missing/incorrect words, that could materially affect the meaning and clarity of the arguments made.

Counsel for the Bureau of Special Education Appeals and counsel for the Natick Public School District have assented to this motion and to the corrections requested.

WHEREFORE, the Plaintiffs, M.D. and P.D., individually and on behalf of C.D, respectfully request that this Honorable Court grant their motion and allow them to file a Transcription Correction Request in the above-referenced matter.

DATED this 10th day of October 2017.

Respectfully submitted,

C.D., by and through her PARENTS AND NEXT FRIENDS, M.D. and P.D.

By their attorney,

/s/ Laurie R. Martucci
Laurie R. Martucci, Esq.
BBO # 561946
Martucci Law Associates
20 Cabot Boulevard, Suite 300
Mansfield, MA 02048
Tel: (508) 964-6664
Fax: (508) 964-6665
lrm@martucci-law-associates.com

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

I hereby certify that I conferred with counsel for the Bureau of Special Education Appeals and counsel for the Natick Public School District prior to the filing of this Motion.

/s/ Laurie R. Martucci
Laurie R. Martucci, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent to those indicated as non-registered participants on October 10, 2017.

/s/ Laurie R. Martucci
Laurie R. Martucci, Esq.