UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| C.D., by and through her PARENTS AND NEXT FRIENDS, M.D. and P.D.,<br><br>Plaintiffs,<br>v.<br><br>NATICK PUBLIC SCHOOL DISTRICT and<br>BUREAU OF SPECIAL EDUCATION APPEALS,<br><br>Defendants. | Civil Action No. 15-cv-13617-FDS |

**PLAINTIFFS' SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT**

NOW come the Plaintiffs, C.D., and her parents M.D. and P.D., ("Parents") on behalf of their daughter and themselves, and pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, hereby move for Summary Judgment with regard to the Consideration/Clarification on Partial Remand filed by the Bureau of Special Education Appeals ("BSEA") filed on March 22, 2018, pursuant to this Court's Order and Memorandum on Plaintiff's Motion to Summary Judgment issued on July 21, 2017, and respectfully request that this Honorable Court allow Plaintiff's Supplemental Motion and enter judgment on behalf of the Parents in the above-referenced matter.

As grounds for this Motion, the Parents state that there are no genuine issues of material facts in dispute and the Parents are entitled to judgment as a matter of law. As a result, the Consideration/Clarification on Partial Remand by the BSEA, dated March 22, 2018, should be reversed and this Court should find that Parents' are entitled to attorney fees.

In support of their Supplemental Motion for Summary Judgment, Parents submit the accompanying Memorandum of Law.

WHEREFORE, the Plaintiffs, M.D. and P.D., individually and on behalf of C.D, request that this Court allow Plaintiffs' Supplemental Motion for Summary Judgment.

DATED this 25th day of May 2018.

> Respectfully submitted,
>
> C.D., by and through her PARENTS AND NEXT FRIENDS, M.D. and P.D.
>
> By their attorney,
>
> /s/ Laurie R. Martucci
> Laurie R. Martucci, Esq.
> BBO # 561946
> Martucci Law Associates
> 20 Cabot Boulevard, Suite 300
> Mansfield, MA 02048
> Tel: (508) 964-6664
> Fax: 1+(508) 964-6665
> lrm@martucci-law-associates.com

## CERTIFICATE OF SERVICE

I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent to those indicated as non-registered participants on May 25, 2018.

> /s/ Laurie R. Martucci
> Laurie R. Martucci