# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| C.D., by and through her PARENTS and NEXT FRIENDS, M.D. and P.D. and M.D. and P.D. for themselves,<br><br>                    Plaintiffs,<br><br>         v.<br><br>NATICK PUBLIC SCHOOL DISTRICT, and BUREAU OF SPECIAL EDUCATION APPEALS,<br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civ. Action No. 15-13617-FDS |

## BUREAU OF SPECIAL EDUCATION APPEALS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT

The Bureau of Special Education Appeals ("BSEA") joins and incorporates herein the Natick Public School District's Opposition to Plaintiffs' Supplemental Motion for Summary Judgment [Docket No. 94].  Plaintiffs' Supplemental Motion for Summary Judgment [Docket No. 91] should be denied and summary judgment should enter for BSEA and the Natick Public School District, affirming BSEA's decision.

Respectfully submitted,

BUREAU OF SPECIAL EDUCATION APPEALS,

By its attorney,

MAURA HEALEY
ATTORNEY GENERAL

 */s/ Anna Rachel Dray-Siegel*
Anna Rachel Dray-Siegel, BBO# 679443
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2022
Anna.Rachel.Dray-Siegel@state.ma.us

Dated:  June 26, 2018

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on June 26, 2018.

*/s/ Anna Rachel Dray-Siegel*___
Anna Rachel Dray-Siegel
