## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

C.D., by and through her parents and next　)
friends, M.D. and P.D.,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiffs,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　)
NATICK PUBLIC SCHOOL DISTRICT and　)
BUREAU OF SPECIAL EDUCATION　　　)
APPEALS,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　　　 )
_____)

**Civil Action No.
15-13617-FDS**

## ORDER ON ENTRY OF JUDGMENT

**SAYLOR, J.**

On July 20, 2018, the Court denied plaintiffs' motion for supplemental summary

judgment. Although defendants did not formally move for summary judgment, because the

matter was "in substance an appeal from [the BSEA]," it appears that there are no further matters

for the Court to resolve. *North Reading Sch. Comm. v. BSEA*, 480 F. Supp. 2d 479, 480 n.1

(citations and internal quotation marks omitted).

Accordingly, the clerk is hereby directed to enter judgment for defendants. The parties,

for good cause shown, may move to reopen this matter within 14 days, or by August 3, 2018.

**So Ordered.**

　　　　　　　　　　　　　　　　　/s/  F. Dennis Saylor_____
　　　　　　　　　　　　　　　　　F. Dennis Saylor IV
Dated:  July 20, 2018　　　　　　　　United States District Judge