UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.D. by and through her parents
and Next Friends, M.D. and P.D.et al
      Plaintiff

v.              CIVIL ACTION NO. 15-cv-13617- FDS

Natick Public School District
      Defendant

## JUDGMENT

D.J. Saylor

____ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

                          ROBERT M. FARRELL
                          CLERK OF COURT

Dated: 07/20/2018          By /s/ Taylor Halley
                                 Deputy Clerk