# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| C.D., by and through her PARENTS AND NEXT FRIENDS, M.D. and P.D., <br><br> Plaintiffs, <br><br> v. <br><br> NATICK PUBLIC SCHOOL DISTRICT and BUREAU OF SPECIAL EDUCATION APPEALS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 15-cv-136-FDS

## NOTICE OF APPEAL

Notice is hereby given that, through undersigned counsel, Plaintiffs, C.D., by and through her Parents and Next Friends, M.D. and P.D., hereby appeal to the United States Court of Appeals for the First Circuit from: (1) the Memorandum and Order entered in the above-named action on July 21, 2017 (ECF No. 73); (2) the Memorandum and Order entered in the above-named action on July 20, 2018 (ECF No. 98); and (3) the Judgment entered in the above-named action on July 20, 2018 in connection with the July 20, 2018 Order (ECF No. 100).

Respectfully submitted,

C.D., by and through her PARENTS AND NEXT FRIENDS, M.D. and P.D.

By their attorney,

/s/ Laurie R. Martucci
Laurie R. Martucci, Esq.
BBO #561946
Martucci Law Associates
20 Cabot Boulevard, Suite 300
Mansfield, MA 02048
Tel: (508) 964-6664
Fax: 1+(508) 964-6665
lrm@martucci-law-associates.com

Dated this 14th day of August, 2018

## **CERTIFICATE OF SERVICE**

I, Laurie R. Martucci, hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent to those indicated as non-registered participants on this date.

Dated this 14th day of August, 2018                /s/ Laurie R. Martucci
                                                                            Laurie R. Martucci