# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name   C.D. by and through her Parents and Next Friends, M.D. and P.D. et al. v. Natick School Committee et al.
District Court Case No.   1:15-cv-13617-FDS          District of Massachusetts
Date Notice of Appeal filed   08/14/2018          Court of Appeals Case No.   18-1794
Form filed on behalf of   C.D. by and through her Parents and Next Friends, M.D. and P.D. et al.

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal   _____
Transcript Already Filed in District Court.  List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)   ECF No. 79 - Motion Hearing 12/01/2016

## TRANSCRIPT ORDER

Name of Court Reporter   Valerie O'Hara
Phone Number of Reporter   (617) 737-2346

A. ✓ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☒ Other (specify)  Motion Hearing | 07/11/2018 |

NOTE:  Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ✓ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☒ Private funds.
☐ Government expense (civil case).  IFP status has been granted and a motion for transcript at government expense has been allowed.  (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act.  A CJA Form 24  has been approved by the district court judge.
☐ Criminal Justice Act.  A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name   Laurie R. Martucci, Esq.          Filer's Signature   /s/ Laurie R. Martucci
Firm/Address   20 Cabot Blvd., Suite 300, Mansfield, MA 02048          Filer's Email address   lrm@martucci-law-associates.com
Telephone number   (508) 964-6664          Date mailed to court reporter   08/26/2018

(Court Reporter Use ONLY) Date received   _____

Form CA1-10 (6/09/09)          **SEE INSTRUCTIONS ON REVERSE**

## CERTIFICATE OF SERVICE

I, Laurie R. Martucci, hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent to those indicated as non-registered participants on this date.

Dated this 26th day of August, 2018        /s/ Laurie R. Martucci
                                            Laurie R. Martucci