# United States Court of Appeals
## For the First Circuit

No. 18-1794

C.D., by and through her Parents and Next Friends, M.D. and P.D.; M.D.; P.D.

Plaintiffs - Appellants

v.

NATICK PUBLIC SCHOOL DISTRICT; BUREAU OF SPECIAL EDUCATION APPEALS

Defendants - Appellees

**MANDATE**

Entered: June 12, 2019

In accordance with the judgment of May 22, 2019, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Selene A. Almazan-Altobelli
Iraida J. Alvarez
Lewis Bossing
Ira A. Burnim
William T. DeVinney
Anna Rachel Dray-Siegel
Doris Regina MacKenzi Ehrens
Julia Eleanor Kobick
Michael Joseph Long
Laurie R. Martucci
Elizabeth Brewster McCallum
Francisco Maria Negron Jr.
Paul E. Poirot
Felicia S. Vasudevan
Benjamin J. Wish